**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   LAURA I CASTRO                                 §   Case No.: 06-13540
        JOSE F CASTRO JR                              §
                                                      §
        Debtor(s)                                    §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2006.

2) This case was confirmed on 03/19/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/25/2009.

5) The case was converted on 06/27/2009.

6) Number of months from filing to the last payment: 29

7) Number of months case was pending: 35

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    32,750.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 30,130.91 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 30,130.91 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,000.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 2,097.59 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 5,097.59 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE AUTO FIN | SECURED | 6,000.00 | 7,994.41 | 6,000.00 | 4,967.13 | 1,232.96 |
| CAPITAL ONE AUTO FIN | UNSECURED | 2,190.00 | .00 | 1,994.41 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 14,595.00 | 10,037.09 | 1,470.00 | 1,470.00 | .00 |
| FREEMONT INVESTMENT | SECURED | NA | .00 | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | NA | 65,141.69 | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | 5,598.60 | 5,276.20 | 5,276.20 | 5,276.20 | .00 |
| NUVELL CREDIT CO LLC | SECURED | 7,475.00 | 10,180.97 | 7,475.00 | 7,475.00 | 544.19 |
| NUVELL CREDIT CO LLC | UNSECURED | 2,525.00 | .00 | 2,705.97 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 15,000.00 | 19,969.52 | 19,969.52 | 3,761.51 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 853.00 | 336.99 | 336.99 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | 284.00 | NA | NA | .00 | .00 |
| IRS | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MAN | UNSECURED | 575.00 | 654.08 | 654.08 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 945.00 | 943.47 | 943.47 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 920.00 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,901.17 | 740.63 | 740.63 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 825.00 | 872.46 | 872.46 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 510.00 | 547.45 | 547.45 | .00 | .00 |
| CHASE | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| GEMB/WALMART | UNSECURED | 1,165.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 990.00 | 744.37 | 744.37 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DIAGNOSTIC RADIOLOGY | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | .00 | NA | NA | .00 | .00 |
| ORANGE LAKE RESORT | UNSECURED | 14,335.00 | 150.29 | .00 | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | 545.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE CORPOR | OTHER | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 215.00 | 211.63 | 211.63 | .00 | .00 |
| SPIEGEL CHARGE | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 45.00 | 262.86 | 262.86 | .00 | .00 |
| COMCAST CABLE | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| ORANGE LAKE RESORT | SECURED | NA | 13,939.32 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | 547.45 | .00 | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 545.00 | 542.06 | 542.06 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,000.00 | NA | NA | .00 | .00 |
| GLADYS Y CASTRO | OTHER | NA | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 306.33 | 306.33 | .00 |
| CAPITAL ONE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ACCELERATED REHAB CE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| AMCA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 3,769.33 | NA | NA | .00 | .00 |
| CREDIT COLLECITON SE | OTHER | .00 | NA | NA | .00 | .00 |
| RBS CITIZENS | OTHER | .00 | NA | NA | .00 | .00 |
| FABIO ORTEGA MD | UNSECURED | 77.00 | NA | NA | .00 | .00 |
| FIDELITY INFORMATION | OTHER | .00 | NA | NA | .00 | .00 |
| RESURRECTION | UNSECURED | .00 | NA | NA | .00 | .00 |
| OLRMC | UNSECURED | .00 | NA | NA | .00 | .00 |
| VILLAGE IMAGING PROF | OTHER | .00 | NA | NA | .00 | .00 |
| LABCORP | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| LAKESHORE OPEN MRI & | UNSECURED | 224.60 | NA | NA | .00 | .00 |
| LAKESHORE SURGERY CE | UNSECURED | 18,480.88 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | .00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| MEDLINK HEALTHCARE N | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| MRI LINCOLN IMAGING | UNSECURED | 2,336.50 | NA | NA | .00 | .00 |
| MRI LINCOLN IMAGING | UNSECURED | 5,050.00 | NA | NA | .00 | .00 |
| NORTHWEST SUBURBAN U | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 1,139.50 | NA | NA | .00 | .00 |
| NR ANESTHESIA | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| OAK PARK DENTAL GROU | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| ORANGE LAKE COUNTRY | UNSECURED | 6,853.77 | NA | NA | .00 | .00 |
| ORTHOPAEDICS OF THE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| OUR LADY OF RESURREC | UNSECURED | 200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE LUTHERAN GE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SCH PATHOLOGY CONSUL | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| VILLAGE IMAGING PROF | UNSECURED | 197.00 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CHECK PROCESSING CEN | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| GEMB WALMART | UNSECURED | 1,165.00 | NA | NA | .00 | .00 |
| MEDLINK HEALTHCARE N | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| ROYAL BANK OF SCOTLA | UNSECURED | 201.95 | NA | NA | .00 | .00 |
| RESURRECTION MEDICAL | UNSECURED | 200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 5,276.20 | 5,276.20 | .00 |
| Debt Secured by Vehicle | 13,475.00 | 12,442.13 | 1,777.15 |
| All Other Secured | 1,470.00 | 1,470.00 | .00 |
| **TOTAL SECURED:** | 20,221.20 | 19,188.33 | 1,777.15 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 20,275.85 | 4,067.84 | .00 |
| **TOTAL PRIORITY:** | 20,275.85 | 4,067.84 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 10,556.38 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,097.59 |
| Disbursements to Creditors | $ | 25,033.32 |
| **TOTAL DISBURSEMENTS:** | $ | 30,130.91 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   09/29/2009            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**